**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01151-CV

## AXCESS INTERNATIONAL, INC., Appellant

## V.

## BAKER BOTTS, L.L.P., Appellee

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-13-01301-E

## ORDER

This court has reviewed the three volume sealed supplemental clerk's record in this case. The district clerk has sealed the entire supplemental record. Upon review of the supplemental record, it appears that only eight documents included in the supplemental record were filed under seal in the trial court. Accordingly, the Court **ORDERS** John F. Warren, County Clerk of Dallas County, to file **within ten (10) days of the date of this order** a corrected sealed supplemental clerk's record that includes only the following documents that were filed under seal in the trial court:

• Baker Botts' Motion for Summary Judgment, filed under seal on November 20,2013;

• Appendix in Support of Baker Botts' Motion for Summary Judgment, filed under seal on November 20, 2013;

• Plaintiffs' Response to Baker Botts' Motion for Summary Judgment, filed under seal on January 17,2014;

• Appendix in Support of Plaintiffs' Response to Baker Botts' Motion for Summary Judgment, filed under seal on January 17, 2014;

• Baker Botts' Summary Judgment Reply, filed under seal on January 22, 2014;

• Plaintiffs Response to Baker Botts' Motion to Exclude Testimony of Thomas G. Scavone and Scott D. Hakala, filed under seal on March 3, 2014;

• Appendix in Support of Plaintiffs' Response to Baker Botts' Motion to Exclude Testimony of Thomas O. Scavone and Scott D. Hakala, filed under seal on March 3, 2014; and

• Baker Botts' Reply Regarding Motion to Exclude Testimony of Thomas G. Scavone and Scott D. Hakala (with attached exhibits), filed under seal on March 6, 2014.

The Court further **ORDERS** John F. Warren, County Clerk of Dallas County, to file **within ten (10) days of the date of this order** a corrected unsealed supplemental clerk's record that includes all remaining items that the parties requested included in the supplemental clerk's record.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE